R. Francis **DIPRETE,** Plaintiff-Appellant,

v.

**950 FAIRVIEW STREET, LLC; Michael Stramiello; Michael Cosola,** Defendants-Appellees.

No. 16-2335

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2017

Decided: May 22, 2017

R. Francis DiPrete, Appellant Pro Se. Robert Tayloe Copeland, COPELAND & BIEGER, PC, Abingdon, Virginia; Robert Lucas Hobbs, ELLIOTT, LAWSON & MINOR, PC, Bristol, Virginia, for Appellees.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

R. Francis DiPrete seeks to appeal the district court's order granting summary judgment to Michael Cosola, one of the three Defendants to DiPrete's complaint; the action remains pending as to the other two Defendants. This court may exercise

jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order DiPrete seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Porter v. Zook*, 803 F.3d 694, 696 (4th Cir. 2015). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*